IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ANALISE SONSTEBY**,<br><br>      Plaintiff,<br><br>      v.<br><br>**VIAL FOTHERINGHAM, LLP**,<br><br>      Defendant. | Case No. 3:17-cv-01837-JR<br><br>**JUDGMENT** |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 2nd day of July, 2019.

                                    /s/ *Michael H. Simon*
                                    Michael H. Simon
                                    United States District Judge